ALFRED W. TUCKER & another *vs.* GEORGE W. BRUCE & another.

Suffolk.    Nov. 23. — Dec. 2, 1876.    COLT, AMES & ENDICOTT, JJ., absent.

A notice in writing, left by a surety, in surrendering his principal, at the office of the plaintiff's attorney, mentioned the party giving it as the person who had entered into the recognizance and who had made the surrender, and particularly described the debtor and the execution on which he was arrested. *Held*, that the notice sufficiently showed that it was from the surety, although not subscribed.

CONTRACT on a recognizance entered into before W. W. Blackmar, master in chancery, on June 11, 1875, under the Gen. Sts. *c.* 124, § 10, by the defendant Bruce, as principal, and the defendant Joshua C. Willis, as surety, reciting the arrest of Bruce on an execution, bearing date June 11, 1875, issued upon a judgment of the Police Court of the city of Chelsea, and conditioned that Bruce should, within thirty days from the day of his arrest, deliver himself up before some magistrate authorized to act, giving notice of the time and place thereof in the manner provided by law, and appear at the time fixed for his examination, and from time to time until the same was concluded,

and not depart without leave of the magistrate, making no default at any time fixed for his examination, and abide the final order of the magistrate thereon. The case was submitted to the Superior Court, and, after judgment for the plaintiffs, to this court on appeal, on an agreed statement of facts in substance as follows:

On July 10, 1875, Willis surrendered Bruce at the Suffolk County jail, and on July 12, 1875, left at the office of the plaintiffs' attorney the following writing:

"Boston, July 10, 1875. To C. H. Chellis, Esq., Attorney for A. W. Tucker et al., 32 Pemberton Square. Please take notice that I have this day surrendered to the Suffolk County jail for Suffolk County the body of George W. Bruce, having bailed him on an execution, Alfred W. Tucker et al. *vs.* George W. Bruce, upon which I entered into a recognizance before W. W. Blackmar, execution being dated eleventh (11) of June, A. D. 1875, upon execution recovered in Police Court of the city of Chelsea, and you are notified you will find the body of the said Bruce in Suffolk Jail, Charles Street, Boston."

Willis gave no other notice. On July 22, 1875, Bruce gave notice in due form of law to the plaintiffs of his intention to take the oath for the relief of poor debtors; and, no one appearing for the plaintiffs at the time fixed, was discharged. Judgment was to be entered as the court might determine on the foregoing facts.

*C. H. Chellis*, for the plaintiffs.

*C. S. Lincoln*, for the defendants.

BY THE COURT. The notice in writing, left by the bail at the office of the plaintiffs' attorney, by mentioning the party giving it as the person who had entered into the recognizance, and who had made the surrender, and particularly describing the debtor and the execution on which he was arrested, sufficiently showed that the notice was from the bail, although not subscribed.                *Judgment for the defendants.*